Benjamin S. PACE, III, Plaintiff–
Appellant,

v.

Jackie SMITH; Alberta Smith,
Defendants–Appellees.

No. 07–1028.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 23, 2007.

Decided: April 27, 2007.

Benjamin S. Pace, III, Appellant Pro Se.
John Wayne Welch, Jr., Kirk, Kirk, Howell, Cutler & Thomas, LLP, Wendell,
North Carolina, for Appellees.

Before MICHAEL, TRAXLER, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Benjamin S. Pace, III, appeals the district court's order dismissing his complaint for lack of subject matter jurisdiction. As a preliminary matter, we deny Appellees' motions to dismiss, to strike, and for sanctions. We have also reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pace v. Smith,* No. 5:05–cv00188–BO (E.D.N.C. Oct. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*